*Order Entered December 5, 2007:*

*In re* ANONYMOUS JUDGE V JUDICIAL TENURE COMMISSION, No. 134505. The motion to seal the file is granted, in order to preserve the confidentiality of Judicial Tenure Commission proceedings provided by MCR 9.221. The complaint for superintending control is considered, and relief is denied, because the Court is not persuaded that it should grant the requested relief.

KELLY, J. (*concurring*). I concur in the decision to deny the relief sought in the belief, shared I think by others on the Court, that the Judicial Tenure Commission will act on plaintiff's requests for disqualification before taking any other formal action in this matter.

*Order Entered December 21, 2007:*

PROPOSED NEW RULE 8.126 OF THE MICHIGAN COURT RULES. On order of the Court, this is to advise that the Court is considering adoption of proposed new Rule 8.126 of the Michigan Court Rules, as well as proposed amendments of Rule 9.108 of the Michigan Court Rules and Rule 15 of the Rules Concerning the State Bar of Michigan. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford interested persons the opportunity to comment on the form or the merits of the proposal or to suggest alternatives. The Court welcomes the views of all. This matter also will be considered at a public hearing held by the Court before a final decision is made. The schedule and agendas for public hearings are posted on the Court's website, www.courts.michigan.gov/supremecourt.

Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption of the proposal in its present form.